In the Matter of RAYMOND H. DODGE, as Commissioner of Public Works of the City of Syracuse, Appellant, v. ESTATE OF JOSEPH F. OWENS, Deceased, et al., Respondents.— Order unanimously affirmed, with costs. Same Memorandum as in *Matter of Dodge* v. *Kearns, Fallon & Shattuck*, 40 A D 2d 937. (Appeal from order of Onondaga Special Term in condemnation proceeding.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.

In the Matter of RAYMOND H. DODGE, as Commissioner of Public Works of the City of Syracuse, Respondent, v. EL ROH Realty Corp., Appellant.— Order unanimously affirmed, with costs. Memorandum: Neither party appeals from the award for the property, but defendant appeals from Special Term's denial of an additional allowance to it. The court deemed the award for the property to be liberal, but confirmed it under the principle of *Matter of Huie* (2 N Y 2d 168). It appears that the city negotiated with defendant in good faith. Under the circumstances we find no reason to disturb the discretionary determination of Special Term (Condemnation Law, § 16, subd. 2; *Matter of County of Westchester* v. *Baruch* 247 N. Y. 398, 401). (Appeal from order of Onondaga Special Term in condemnation proceeding.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN S. KINNE, Appellant.— Judgment unanimously affirmed. Memorandum: Appellant, following a jury trial, was convicted on two counts of murder and one count of manslaughter in the first degree. In affirming these convictions, we conclude that appellant's brief detention at police headquarters for questioning prior to his arrest was based upon reasonable suspicion and that this interrogation, which was conducted under carefully controlled conditions, did not violate any of appellant's constitutional rights (*Morales* v. *New York*, 396 U. S. 102; *People* v. *Morales*, 22 N Y 2d 55). (Appeal from judgment of Monroe County Court convicting defendant of manslaughter first degree and murder.) Present — Goldman, P. J., Del Vecchio, Marsh, Cardamone and Henry, JJ.